# UNITED STATES DISTRICT COURT
## for the
### Western District of Arkansas

| | |
|---|---|
| United States of America<br>v.<br>DANIEL PHAM LE<br><br>Defendant | )<br>)  Case No. 5:22-CR-50075-001<br>)<br>)<br>) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 11/16/22

_Defendant's signature_

_Signature of defendant's attorney_

Shane Wilkinson
_Printed name of defendant's attorney_

_Judge's signature_

Hon. Timothy L. Brooks, U.S. District Judge
_Judge's printed name and title_